# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**CHANTEL LEE KING,**<br><br>**Defendant.** | **CR 25-38-GF-BMM**<br><br><br>**ORDER TO DISMISS INDICTMENT** |

Upon the United States' Unopposed Motion to Dismiss Indictment (Doc. 36) against the defendant, and for good cause shown,

**IT IS HEREBY ORDERED** that the Indictment in this case is hereby DISMISSED without prejudice.

DATED this 5th day of May, 2026.

_____
Brian Morris, Chief District Judge
United States District Courts